LAKE ERIE PROVISION CO. v. Carl E. MOORE, Individually and as Collector of Internal Revenue for the 18th District of Ohio.

No. 7170.

Circuit Court of Appeals, Sixth Circuit.

Feb. 13, 1936.

John H. Watson, Jr., John T. Scott, and Robert W. Wheeler, all of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed on motion of appellant.

Maurice LEVIN and Harvey H. Smith v. WRIGHT & TAYLOR.

No. 7333.

Circuit Court of Appeals, Sixth Circuit.

Feb. 5, 1936.

Smith & Schuberth, of Cincinnati, Ohio, for appellants.

Dodd & Dodd, of Louisville, Ky., for appellee.

PER CURIAM.

Docketed and dismissed on court's own motion.

LIGHTOLIER COMPANY, Appellant, v. ARTISTIC BRASS & BRONZE WORKS, Inc., Dlugas Schultz, Inc., and Artistic Lamp Mfg. Co., Appellees.

No. 404.

Circuit Court of Appeals, Second Circuit.

June 8, 1936.

Dean, Fairbank, Hirsch & Foster, of New York City (Morris Hirsch, of New York City, of counsel), for appellant.

Dyke & Schaines, of New York City (Herbert H. Dyke, of New York City, of counsel), for appellees.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed on opinion below, 15 F.Supp. 323.

C. B. LITTLE, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.

No. 10688.

Circuit Court of Appeals, Eighth Circuit.

June 10, 1936.

William Mitchell, of St. Paul, Minn., for petitioner.

Robert H. Jackson, Asst. Atty. Gen., and Herman Oliphant, Gen. Counsel, Department of Treasury, of Washington, D. C., for respondent.

PER CURIAM.

Petition to review Decision of Board of Tax Appeals docketed and dismissed, without costs to either party in this court, on motion of petitioner and consent of respondent.

LOUDONVILLE MILLING COMPANY v. C. E. MOORE, Individually and as Collector of Internal Revenue for the 18th District of Ohio.

No. 7173.

Circuit Court of Appeals, Sixth Circuit.

Feb. 4, 1936.

Hoppe, Lea, Day & Ford, of Warren, Ohio, and H. L. Gresinger, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed on motion of appellant.